

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Michael Lashun Brown, Appellant

No. 06-21-00045-CR      v.

The State of Texas, Appellee

Appeal from the 235th District Court of Cooke County, Texas (Tr. Ct. No. CR19-00278). Memorandum Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice Carter* participating. *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Michael Lashun Brown, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 15, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk